UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DANA SPIRES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID R. SCHOOLS, et al. <br><br> Defendants. | Case No. 2:16-CV-00616-RMG |

**PIGGLY WIGGLY DEFENDANTS' EXPERT DESIGNATION**
**AND CERTIFICATE OF DISCLOSURE**

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, attorneys for Defendants David R. Schools, William A. Edenfield, Jr., Robert G. Masche, Joseph T. Newton III, Burton R. Schools, and the Piggly Wiggly Carolina Company, Inc. and Greenbax Enterprises, Inc. Employee Stock Ownership Plan and Trust Committee (the "Piggly Wiggly Defendants") identify the following persons whom they expect to call as expert witnesses at trial:

1. Charles E. Wert
   Fiduciary Resolutions
   201 Shipyard Way A2
   Newport Beach, CA 92663
   (949) 612-7577

2. James F. Joyner III
   Integra VALUATION Consulting LLC
   164 Oakland Ave.
   Spartanburg, SC 29302
   (864) 316-9346

3. Harold J. Bordwin
   Keen-Summit Capital Partners LLC
   555 Madison Ave., 5th Fl.
   New York, NY 10022
   (646) 381-9222

4. Holly F. Etlin
   AlixPartners
   909 Third Ave., 30th Fl.
   New York, NY 10022
   (212) 287-1594

5. Nick Bubnovich
   Nestor Consulting LLC
   1520 Longvalley Road
   Glenview, IL 60025
   (847) 494-4972

1

The undersigned certifies that written reports prepared and signed by the experts identified above, including all information required by Rule 26(a)(2)(B), Fed. R. Civ. P., have been served upon counsel for all parties in this case.

Dated: April 2, 2018

**GROOM LAW GROUP, CHTD**.

Lars C. Golumbic (pro hac vice)
D.C. Bar No. 452143
Sarah M. Adams (pro hac vice)
D.C. Bar No. 490158
Sean C. Abouchedid (pro hac vice)
D.C. Bar No. 978049
Edward J. Meehan (pro hac vice)
D.C. Bar No. 413993
Andrew D. Salek-Raham (pro hac vice)
D.C. Bar. No. 1024246
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington, D.C. 20006
Phone: 202-861-0620
Fax: 202-659-4503
lgolumbic@groom.com
sadams@groom.com
sabouchedid@groom.com
emeehan@groom.com
asalek-raham@groom.com

Respectfully submitted,

**JANIK, LLP**

*/s/ Monica B. Towle*_____
STEVEN G. JANIK (Fed. Bar No. 11301)
MONICA B. TOWLE (Fed. Bar No. 12364)
LOVIC A. BROOKS, III (Fed. Bar No. 1495)
1000 William Hilton Parkway, Suite 103
Hilton Head Island, SC 29928
Phone: 843-715-9311
Fax: 440-740-3061
Steven.Janik@Janiklaw.com
Monica.Towle@Janiklaw.com
Lovic.Brooks@Janiklaw.com

Mail:  Janik L.L.P.
P.O. Box 470550
Cleveland, Ohio  44147

*Attorneys for Defendants David R. Schools, William A. Edenfield, Jr., Robert G. Masche, Joseph T. Newton III, Burton R. Schools, and the Piggly Wiggly Carolina Company, Inc. and Greenbax Enterprises, Inc. Employee Stock Ownership Plan and Trust Committee*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2018, I filed in this action the foregoing PIGGLY WIGGLY DEFENDANTS' EXPERT DESIGNATION AND CERTIFICATE OF DISCLOSURE electronically via the Court's ECF System. Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

/s/ *Monica B. Towle*
*One of the Attorneys for Defendants David R. Schools, William A. Edenfield, Jr., Robert G. Masche, Joseph T. Newton III, Burton R. Schools, and the Piggly Wiggly Carolina Company, Inc. and Greenbax Enterprises, Inc. Employee Stock Ownership Plan and Trust Plan Committee (the "Piggly Wiggly Defendants")*