UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DANA SPIRES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID R. SCHOOLS, et al. <br><br> Defendants. | Case No. 2:16-CV-00616-RMG |

**PIGGLY WIGGLY DEFENDANTS' DESIGNATION OF EXPERTS IN RESPONSE TO PLAINTIFFS' DESIGNATED EXPERTS AND CERTIFICATE OF DISCLOSURE**

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure and this Court's February 9, 2018 Amended Scheduling Order, Dkt. 115, attorneys for Defendants David R. Schools, William A. Edenfield, Jr., Robert G. Masche, Joseph T. Newton III, Burton R. Schools, and the Piggly Wiggly Carolina Company, Inc. and Greenbax Enterprises, Inc. Employee Stock Ownership Plan and Trust Committee (the "Piggly Wiggly Defendants") identify the following individuals whom they expect to call as expert witnesses in response to the opinions provided by the individuals Plaintiffs identified as expert witnesses on March 26, 2018:

1. Charles E. Wert
   Fiduciary Resolutions
   201 Shipyard Way A2
   Newport Beach, CA 92663
   (949) 612-7577

2. James F. Joyner III
   Integra VALUATION Consulting LLC
   164 Oakland Ave.
   Spartanburg, SC 29302
   (864) 316-9346

3. Holly F. Etlin
   AlixPartners
   909 Third Ave., 30th Fl.
   New York, NY 10022
   (212) 287-1594

4. Nick Bubnovich
   Nestor Consulting LLC
   1520 Longvalley Road
   Glenview, IL 60025
   (847) 494-4972

The undersigned certifies that written reports prepared and signed by the experts identified above, including all information required by Rule 26(a)(2)(B) of the Federal Rules of

1

Civil Procedure, have been served upon counsel for all parties in this case.

Dated: April 9, 2018                                          Respectfully submitted,

**GROOM LAW GROUP, CHTD**.                         **JANIK, LLP**

Lars C. Golumbic (pro hac vice)                         */s/ Monica B. Towle*_____
D.C. Bar No. 452143                                        STEVEN G. JANIK (Fed. Bar No. 11301)
Sarah M. Adams (pro hac vice)                          MONICA B. TOWLE (Fed. Bar No. 12364)
D.C. Bar No. 490158                                        LOVIC A. BROOKS, III (Fed. Bar No. 1495)
Sean C. Abouchedid (pro hac vice)                     1000 William Hilton Parkway, Suite 103
D.C. Bar No. 978049                                        Hilton Head Island, SC 29928
Edward J. Meehan (pro hac vice)                        Phone: 843-715-9311
D.C. Bar No. 413993                                        Fax: 440-740-3061
Andrew D. Salek-Raham (pro hac vice)              Steven.Janik@Janiklaw.com
D.C. Bar. No. 1024246                                     Monica.Towle@Janiklaw.com
1701 Pennsylvania Ave., N.W.                           Lovic.Brooks@Janiklaw.com
Suite 1200
Washington, D.C. 20006                                   Mail:  Janik L.L.P.
Phone: 202-861-0620                                       P.O. Box 470550
Fax: 202-659-4503                                           Cleveland, Ohio  44147
lgolumbic@groom.com
sadams@groom.com
sabouchedid@groom.com
emeehan@groom.com
asalek-raham@groom.com

*Attorneys for Defendants David R. Schools, William A. Edenfield, Jr., Robert G. Masche, Joseph T. Newton III, Burton R. Schools, and the Piggly Wiggly Carolina Company, Inc. and Greenbax Enterprises, Inc. Employee Stock Ownership Plan and Trust Committee*

2

**CERTIFICATE OF SERVICE**

  I certify that on April 9, 2018, I filed in this action the foregoing Designation of Experts in Response to Plaintiffs' Designated Experts and Certificate of Disclosure electronically via the Court's ECF System. Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

              /s/ *Monica B. Towle*
              *One of the Attorneys for Defendants David R. Schools, William A. Edenfield, Jr., Robert G. Masche, Joseph T. Newton III, Burton R. Schools, and the Piggly Wiggly Carolina Company, Inc. and Greenbax Enterprises, Inc. Employee Stock Ownership Plan and Trust Plan Committee (the "Piggly Wiggly Defendants")*

3