UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DANA SPIRES, GLENN GRANT, SUSAN MOHLE, and TOM MIRANDA on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID R. SCHOOLS, WILLIAM A. EDENFIELD, JR., ROBERT G. MASCHE, JOSEPH T. NEWTON III, BURTON R. SCHOOLS, PIGGLY WIGGLY CAROLINA COMPANY, INC. & GREENBAX ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST PLAN COMMITTEE, JOANNE NEWTON AYERS, MARION NEWTON SCHOOLS, and JOHN DOES 1-10, <br><br> Defendants. | CASE NO: 2:16-cv-00616-RMG |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICES OF SETTLEMENT, PRELIMINARY APPROVAL OF THE PLAN OF ALLOCATION, AND SETTING OF FAIRNESS HEARING

Plaintiffs Dana Spires, Glenn Grant, Susan Mohle and Tom Miranda (the "Plaintiffs" or "Named Plaintiffs") respectfully move for an Order: (a) granting preliminary approval of the Settlement;[1] (b) conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(b)(l); (c) approving the forms for the mailing and publication of notice of Settlement; (d) granting preliminary approval of the proposed Plan of Allocation; and (e) setting a date and time for the Fairness Hearing with respect to the Settlement and related deadlines as set forth in the proposed Preliminary Approval Order attached as Exhibit 1 to the Class Action Settlement

---

[1] All capitalized terms used in this Motion have the meanings ascribed to them in Plaintiffs' Memorandum in Support of this Motion or the Settlement Agreement (defined below) filed in connection with this Motion.

Agreement (the "Settlement Agreement"), dated May 22, 2018, being filed herewith. This motion is made unopposed and is supported by Plaintiffs' Memorandum in Support of this Motion.

WHEREFORE, Plaintiffs request that this Court grant their Motion for Preliminary Approval of Settlement, Conditional Certification of Settlement Class, Approval of Notices of Settlement, Preliminary Approval of the Plan of Allocation, and Setting of Fairness Hearing and for such other relief as this Court deems just and proper.

Respectfully submitted,

WYCHE, P.A.

*s/ John C. Moylan, III*
John C. Moylan, III (D.S.C. Id. No. 5431)
Alice W. Parham Casey (D.S.C. Id. No. 9431)
801 Gervais Street, Suite B (29201)
P. O. Box 12247
Columbia, SC 29211-2247
Phone: 803-254-6542; Fax: 803-254-6544
jmoylan@wyche.com
tcasey@wyche.com

Henry L. Parr, Jr. (D.S.C. Id. No. 2984)
Eric B. Amstutz (D.S.C. Id. No. 0942)
Rita Bolt Barker (D.S.C. Id., 10566)
Wade S. Kolb, III (D.S.C. Id. No.11485)
44 East Camperdown Way
Greenville, S.C. 29601
Phone: 864-242-8200; Fax: 864-235-8900
hparr@wyche.com
eamstutz@wyche.com
rbarker@wyche.com
wkolb@wyche.com

KELLER ROHRBACK, LLP

Gary A. Gotto (Admitted *pro hac vice*)
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Phone: 602-248-0088; Fax: 602-248-2822
ggotto@kellerrohrback.com

Erin M. Riley (Admitted *pro hac vice*)
David J. Ko (Admitted *pro hac vice*)
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Phone: 206-623-1900; Fax: 206-623-3384
eriley@kellerrohrback.com
dko@kellerrohrback.com

*Attorneys for Plaintiffs*

May 22, 2018