UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DANA SPIRES, GLENN GRANT, SUSAN MOHLE, and TOM MIRANDA on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID R. SCHOOLS, WILLIAM A. EDENFIELD, JR., ROBERT G. MASCHE, JOSEPH T. NEWTON III, BURTON R. SCHOOLS, PIGGLY WIGGLY CAROLINA COMPANY, INC. & GREENBAX ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST PLAN COMMITTEE, JOANNE NEWTON AYERS, MARION NEWTON SCHOOLS, and JOHN DOES 1-10, <br><br> Defendants. | CASE NO: 2:16-cv-00616-RMG |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Named Plaintiffs Dana Spires, Glenn Grant, Susan Mohle and Tom Miranda ("Plaintiffs") respectfully submit this Motion for an Award of Attorneys' Fees and Reimbursement of Expenses pursuant to FRCP 54(d) and Local Rule 54.02. The purpose of this request is to reasonably compensate Plaintiffs' counsel for their services to the Class and to reimburse Plaintiffs' counsel for the expenses incurred in the litigation.

As documented in more detail in the memorandum supporting this motion and the Joint Declaration of Class Counsel (the "Joint Declaration") filed contemporaneously with this motion, Plaintiffs' Counsel are applying for a fee of one-third of the Original Cash Amount and Additional Cash Amounts deposited in the Settlement Fund, plus reimbursement of their out-of-pocket

1

litigation expenses totaling $302,583.74.  If the aggregate amount deposited in the Settlement Fund is $7.675 million ($5.2 million Original Cash Amount, plus Defendants' low-end estimate of $2.475 million Additional Cash Amounts) the requested fee would be $2,558,000.  If the aggregate amount deposited in the Settlement Fund is $8.65 million ($5.2 million Original Cash Amount, plus Defendants' high-end estimate of $3.45 million Additional Cash Amounts) the requested fee would be $2,883,000.

This motion is made unopposed and further support for this motion is found in the pleadings on file in this case and in the memorandum Joint Declaration filed in support of this motion.  As discussed in detail in the memorandum and Joint Declaration, the amount requested is proper, reasonable, and well-substantiated and documented.

Plaintiffs respectfully request that the Court award the requested amounts in full and allow Plaintiffs to supplement this petition for additional costs incurred relating to this fee petition and any supplemental motions that may be filed by Defendants.  Plaintiffs reserve the right to submit supplemental declarations and memoranda in support of this motion, and in support of the reasonableness of the fees and costs requested in this motion, within the time allowed by Local Rule 54.02.

Dated:  July 31st, 2018                           Respectfully submitted,

                                                    WYCHE, P.A.

*s/John C. Moylan, III*
John C. Moylan, III (D.S.C. Id. No.  5431)
Alice W. Parham Casey (D.S.C. Id. No. 9431)
801 Gervais Street, Suite B
Columbia, SC 29201
Phone:  803-254-6542; Fax:  803-254-6544
jmoylan@wyche.com
tcasey@wyche.com

Henry L. Parr, Jr. (D.S.C. Id. No. 2984)
Eric B. Amstutz (D.S.C. Id. No. 0942)
Wade S. Kolb, III (D.S.C. Id. No.11485)
44 East Camperdown Way
Greenville, S.C. 29601
Phone:  864-242-8200; Fax:  864-235-8900
hparr@wyche.com; eamstutz@wyche.com; wkolb@wyche.com

KELLER ROHRBACK, LLP

Gary A. Gotto (Admitted *pro hac vice*)
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Phone: 602-248-0088; Fax: 602-248-2822
ggotto@kellerrohrback.com

Erin M. Riley (Admitted *pro hac vice*)
David J. Ko (Admitted *pro hac vice*)
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Phone: 206-623-1900; Fax: 206-623-3384
eriley@kellerrohrback.com
dko@kellerrohrback.com

*Attorneys for Plaintiffs*